UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOEL BUTKO,

     **Plaintiff,**

v.                            **Case No.  3:26-cv-1468-TKW-ZCB**

DARREL M. WOMACK,

     **Defendant.**

                                     /

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (R&R) (Doc. 5).  No objections were filed.[1]

Upon due consideration of the R&R and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed based on Plaintiff's failure to fully disclose his litigation history.  *See McNair v. Johnson*, 141 F.4th 1301, 1308 (11th Cir. 2025).  Accordingly, it is

**ORDERED** that:

---

[1]  Plaintiff may be unaware of the R&R because it and the other documents mailed to his address of record were returned by the Post Office as undeliverable and unable to forward.  *See* Docs. 6, 7.  That, however, does not preclude dismissal of this case because Plaintiff's failure to keep the Court apprised of his current address amounts to a failure to prosecute and provides an additional reason to dismiss this case.

1.      The magistrate judge's R&R is adopted and incorporated by reference in this Order.

2.      This case is DISMISSED without prejudice under the Court's inherent authority based on Plaintiff's failure to fully disclose his litigation history.

3.      The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 27th day of March, 2026.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**